UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Arnold Alberto MARTINEZ-Pacheco,<br><br>　　　　Defendant. | '08 MJ 1507<br><br>Magistrate Case No._____<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After<br>Deportation |

The undersigned complainant being duly sworn states:

On or about **May 13, 2008** within the Southern District of California, defendant **Arnold Alberto MARTINEZ-Pacheco**, an alien, who previously had been excluded, deported and removed from the United States to **Guatemala**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

　　And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　Sara Esparagoza, United States Customs
　　　　　　　　　　　　　　　　　　　and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 15th DAY OF **May, 2008**.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　CATHY ANN BENCIVENGO

## PROBABLE CAUSE STATEMENT

On May 13, 2008 at approximately 1751 hours, a male subject, later identified as **Arnold Alberto MARTINEZ-Pacheco (Defendant)** arrived at the San Ysidro Port of Entry and applied for admission to the United States from Mexico via pedestrian primary lanes. Defendant presented a counterfeit Mexican Passport with a counterfeit United States Visa to a Customs and Border Protection (CBP) Officer. Defendant stated that he was on his way to Viejas Casino in Alpine, California. The CBP Officer suspected that the Defendant had presented counterfeit documents and escorted him into secondary for further inspection.

In secondary, a CBP Officer queried Defendant's fingerprints through the Integrated Automated Fingerprint Identification System (IAFIS) and Automated Biometric Identification System (IDENT). The officer received a positive match, confirming Defendant's identity and linking him to FBI and Immigration Service records.

Immigration records indicate that Defendant is a citizen of Guatemala without legal rights or entitlements to enter into, pass through, or reside in the United States. Further queries through the Central Index System (CIS) and the Deportable Alien Control System (DACS) confirmed that Defendant was order deported from the United States by an Immigration Judge on or about September 18, 2007. Immigration records indicate that Defendant has neither applied for nor received permission from the United States Attorney General or the Secretary of Homeland Security to legally reenter the United States.