1 **ROBERT H. HENSSLER, JR.**
California Bar No. 216165
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Robert_Henssler@fd.org
5

6 Attorneys for Defendant

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, | ) | Case No. 08MJ1507 |
| 11    Plaintiff, | ) ) ) | |
| 12 v. | ) | **NOTICE OF APPEARANCE** |
| 13 ARNOLD A. MARTINEZ-PACHECO, | ) ) ) | |
| 14    Defendant. | ) ) | |
| 15 _____ | ) | |

16   Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert

17 R Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18 the above-captioned case.

19                                        Respectfully submitted,

20

21 Dated: May 24, 2008              /s/ *Robert R. Henssler, Jr.*
                                   **ROBERT R. HENSSLER, JR.**
22                                  Federal Defenders of San Diego, Inc.
                                   Robert_Henssler@fd.org

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: May 24, 2008                                    */s/ Robert R. Henssler, Jr.*
                                                                              **ROBERT R. HENSSLER, JR.**
                                                                              Federal Defenders of San Diego, Inc.
                                                                              Robert_Henssler@fd.org